JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO MCKINNEY,  <br>　　　　Petitioner,  <br>　　v.  <br>ROCHA, Warden,  <br>　　　　Respondent. | NO. CV 24-02295 JGB (KS)  <br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 4, 2024

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE